1006

THE CITY OF MILTON, *Appellant*, v. PIERCE COUNTY
BOUNDARY REVIEW BOARD, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 94-2-08476-9, Vicki L. Hogan, J., entered
December 30, 1994. *Affirmed* by unpublished opinion per
Bridgewater, J., concurred in by Seinfeld, C.J., and
Morgan, J.

ALFRED AFLATOONI, *Appellant*, v. KITSAP PHYSICIANS
SERVICE, *Respondent*.

Appeal from a judgment of the Superior Court for Kit-
sap County, No. 90-2-02074-8, Thomas Felnagle, J., entered
May 7, 1993. *Affirmed* by unpublished opinion per Bridge-
water, J., concurred in by Wiggins and Fleisher, JJ.

THURSTON COUNTY, *Respondent*, v. CHARLES W.
NAPPER, *Appellant*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 93-2-00164-6, Richard D. Hicks, J.,
entered January 10, 1994. *Affirmed* by unpublished
opinion per Seinfeld, C.J., concurred in by Morgan and
Bridgewater, JJ.

HAROLD MAYER, ET AL., *Appellants*, v. PIERCE COUNTY
MEDICAL BUREAU, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Pierc
County, No. 92-2-12075-1, Karen L. Strombom, J., entere
January 3, 1994. *Affirmed* by unpublished opinion pe
Seinfeld, C.J., concurred in by Bridgewater, J., and Wig
gins, J. Pro Tem. Now published at 80 Wn. App. 416.